1  William W. Fife, III, SBN #024379
   LAW OFFICE OF WILLIAM FIFE PLC
2  18521 E. Queen Creek Road, Bldg. 105, Suite 626
3  Queen Creek, Arizona  85142
   (480) 656-3924 Telephone
4  (480) 619-6238 Facsimile
   William@williamfifelaw.com
5
   Attorneys for Defendants,
6  HEALTHCARE COLLECTIONS-I, LLC for itself and
   as successor-in-interest to Healthcare Collections, Inc.
7  (erroneously sued as HEALTHCARE COLLECTION, INC.),
   PAUL R. PEACH and MARJORIE PEACH (sued as JANE DOE PEACH),
8  and CHRISTIAN LEHR and DEBORAH LEHR (sued as JANE DOE LEHR)

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA – PHOENIX DIVISION

| | |
|---|---|
| Kristine Gayan-Esones, | ) Case No: |
| Plaintiff, | ) (In the Superior Court Maricopa County, Arizona, Court Case No. CV2014-053759) |
| vs. | ) |
| | ) **NOTICE OF REMOVAL OF ACTION** |
| Healthcare Collection, Inc.; Healthcare Collections-I, L.L.C.; Paul R. Peach and Jane Doe Peach; Christian Lehr and Jane Doe Lehr; Maggie and Kate, LLC; XYZ Bond Company | ) |
| | ) Complaint filed: July 1, 2014 |
| Defendants. | ) |

**PLEASE TAKE NOTICE** that Defendants HEALTHCARE COLLECTIONS-I, LLC, for itself and as successor-in-interest to Healthcare Collections, Inc., erroneously sues as HEALTHCARE COLLECTION, INC.; PAUL R. PEACH and MARJORIE PEACH, sued as JANE DOE PEACH; CHRISTAIN LEHR and DEBORAH LEHR, sued as JANE DOE LEHR (hereinafter collectively referred to as "the Removing Defendants"), through its undersigned counsel, hereby removes the instant action from the Superior Court, Maricopa County, Arizona, pursuant to 28 U.S.C. § 1446(a).

/ / /

/ / /

## A. INTRODUCTION

1. The parties to this action are Plaintiff KRISTINE GAYAN-ESONES ("Plaintiff"), the Removing Defendants, Defendant MAGGIE AND KATE, LLC, and Defendant XYZ BOND COMPANY.

2. Upon information and belief, Plaintiff commenced this action on July 1, 2014, by filing a verified Complaint in the Superior Court, Maricopa County, Arizona captioned *Kristine Gayan-Esones v. Healthcare Collection, Inc.; Healthcare Collections-1, L.L.C.; Paul R. Peach and Jane Doe Peach; Christian Lehr and Jane Doe Lehr; Maggie and Kate, LLC; XYZ Bond Company* bearing case number CV2014-053759.

3. The Removing Defendants were personally served with the Complaint, Summons and other related documents on July 2, 2014. A true and correct copy of the Summons; Complaint and other documents served on Defendants are collectively attached hereto as Exhibit "A" and "B."

4. As the Removing Defendants received Plaintiff's Complaint on July 2, 2014, they file this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), and as extended via *Federal Rule of Civil Procedure* 6. See *Wells v. Gateways Hosp. & Mental Health Ctr.*, 1996 U.S. App. LEXIS 2287 at *2 (9th Cir. Cal. Jan. 30, 1966).

5. Defendant MAGGIE AND KATE, LLC consents to the removal of this action.

6. It does not appear that the identity of Defendant XYZ BOND COMPANY has been ascertained or that this defendant has been served with the Summons and Complaint.

## B. BASIS FOR REMOVAL

7. Removal is proper because Plaintiff's Complaint involves a federal question. 28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). Specifically, Plaintiff has alleged claims that arise under the federal Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.*

("FDCPA") and the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA"). This case is therefore an action of which this Court has original jurisdiction under 28 U.S.C. §1331, and that may be removed to this Court by the Removing Defendants pursuant to the provisions of 28 U.S.C. §1441(a). This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. §1367.

8. Venue for the purpose of removal is proper in this district under 28 U.S.C. §1446(a) because this district and division embrace the place where the removed action has been pending.

9. In accordance with 28 U.S.C. § 1441(b), a copy of this Notice is being served upon counsel for Plaintiff and a copy is being filed with the Clerk of the United States District Court for the District of Arizona. The Removing Defendants will promptly file a copy of this Notice of Removal to Plaintiff and the state court.

### C. JURY DEMAND

10. Plaintiff demands a jury in the state court action. The Removing Defendants also demand a jury trial.

### D. CONCLUSION

11. Defendants respectfully request removal of this action as it involves a federal question, that is, for alleged violations of the FDCPA and FCRA.

Dated: July 22, 2014                            LAW OFFICE OF WILLIAM FIFE PLC

                                                By: /s/ William W. Fife, III
                                                    William W. Fife, III
                                                    Attorneys for Defendants,
                                                    HEALTHCARE COLLECTION, INC.;
                                                    HEALTHCARE COLLECTIONS-I, LLC;
                                                    PAUL R. PEACH AND JANE DOE
                                                    PEACH; CHRISTIAN LEHR AND JANE
                                                    DOE LEHR

**CERTIFICATE OF SERVICE**

The undersigned states that he served a copy of the NOTICE OF REMOVAL upon the following individuals:

Clerk, Superior Court
Maricopa County, Arizona
125 W. Washington
Phoenix, AZ  85003-2243

Gary Michael Smith
Smith Paknejad, PLC
Scottsdale Norte Bldg.
11333 N. Scottsdale Road, Suite 200
Scottsdale, AZ  85254
Tel:  (480) 428-0529

Via first class mail with postage prepaid.

DATED:  July 22, 2014            /s/ William W. Fife, III
                                 William W. Fife, III