IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristine Gayan-Esones,<br><br>Plaintiff,<br><br>v.<br><br>Healthcare Collection Incorporated, et al.,<br><br>Defendants. | No. CV14-1651 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal. Doc. 24.

**IT IS ORDERED** that the stipulation (Doc. 24) is **granted.** This action is dismissed in its entirety. All fees and costs have been paid and all matters in controversy for which this action was brought have been fully settled, compromised and adjourned.

Dated this 12th day of November, 2014.

_____
David G. Campbell
United States District Judge